Universal Acceptance Corporation, appellant, v. John Wachowski, appellee.  Gen. No. 34,283.

Heard in the second division of this court for the first district at the April term, 1930.  Opinion filed October 14, 1930.
Charles R. Casler, for appellant.  No appearance for appellee.
Mr. Justice Barnes delivered the opinion of the court.

A. J. Harvey, receiver of First National Bank of Marysville, Kansas, appellee, v. L. L. Smith, appellant.  Gen. No. 34,303.

Heard in the second division of this court for the first district at the April term, 1930.  Opinion filed October 14, 1930.  Rehearing denied October 27, 1930.
Charles C. Bombaugh and Alex C. Lawrence, for appellant.  G. T. Graham, for appellee.
Mr. Justice Barnes delivered the opinion of the court.

James Coal Company, appellee, v. Lucy C. Catherwood, appellant.  Gen. No. 34,305.

Heard in the second division of this court for the first district at the April term, 1930.  Opinion filed October 14, 1930.
Perley H. Bishop, for appellant.  Henry M. Hagan, for appellee; Alexander Paterson, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

Robert P. Gust Company, Inc., appellant, v. Kip Corporation et al., appellees.  Gen. No. 34,401.

Heard in the second division of this court for the first district at the October term, 1930.  Opinion filed October 14, 1930.
Ossian Cameron and Edward H. S. Martin, for appellant.  Owen & Campbell, for certain appellees.  Cummings, Roemer & Flynn, of counsel.
Mr. Justice Barnes delivered the opinion of the court.